| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Sarah N. Westcot (State Bar No. 264916)<br>701 Brickell Ave., Suite 1420<br>Miami, FL 33131<br>Telephone: (305) 330-5512<br>Facsimile:  (305) 676-9006<br>E-mail: swestcot@bursor.com<br><br>*[Additional Counsel Listed on Signature Page]*<br><br>*Attorneys for Plaintiffs* | **ROPES & GRAY LLP**<br>Rocky C. Tsai (State Bar No. 221452)<br>Three Embarcadero Center, Suite 300<br>San Francisco, CA 94111<br>Tel: (415) 315-6358<br>Fax: (415) 315-6350<br>Email: rocky.tsai@ropesgray.com<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLA HENNING and LEA AMMIANO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUXURY BRAND PARTNERS, LLC,<br><br>Defendant. | Case No. 3:22-cv-07011-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF REQUESTING A REMOTE HEARING FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. Trina L Thompson |

Plaintiffs Ella Henning and Lea Ammiano ("Plaintiffs") and Defendant Luxury Brand Partners, LLC ("Defendant") respectfully submit this Stipulation and [Proposed] Order For Administrative Relief Requesting a Remote Hearing for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, pursuant to Local Rule 7-11.

**STIPULATION**

WHEREAS, on February 9, 2024, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement. (ECF No. 59).

WHEREAS, Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is currently set for hearing in-person on April 30, 2024, at 2:00 p.m. in Courtroom 9, located at 450 Golden Gate Avenue, San Francisco, CA 94102.

WHEREAS, Plaintiffs' counsel from both Bursor & Fisher, P.A. and Kopelowitz Ostrow P.A. work and reside in Florida. Accordingly, an in-person hearing would necessitate two days of cross-country travel for lead counsel to attend in-person.

WHEREAS, in an effort to minimize unnecessary travel time and expenses, counsel for Plaintiffs and Defendant have met and conferred and agreed, subject to the Court's approval, that the hearing for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement may be held remotely via videoconference.

NOW, THEREFORE, the parties stipulate, subject to the Court's approval, that the hearing for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement shall be re-set for remote hearing via videoconference only on April 30, 2024, at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated: April 8, 2024                    **BURSOR & FISHER, P.A.**

                                        By: /s/ Sarah N. Westcot
                                            Sarah N. Westcot

                                        Sarah N. Westcot (State Bar No. 264916)
                                        701 Brickell Ave., Suite 1420
                                        Miami, FL 33131
                                        Telephone: (305) 330-5512
                                        Facsimile:  (305) 676-9006

|   |   |
|---|---|
| | E-mail: swestcot@bursor.com |
| | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| | John J. Nelson (State Bar No. 317598) |
| | Trenton Ross Kashima (State Bar No. 291405) |
| | 401 W. Broadway, Suite 1760 |
| | San Diego, CA 92101 |
| | Telephone: (858) 209-6941 |
| | Email: jnelson@milberg.com |
| | tkashima@milberg.com |
| | |
| | **KOPELOWITZ OSTROW PA** |
| | Kristen Lake Cardoso (State Bar No. 338762) |
| | 1 West Las Olas Blvd., Suite 500 |
| | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 525-4100 |
| | Email: cardoso@kolawyers.com |
| | |
| | *Attorneys for Plaintiffs* |
| Dated: April 8, 2024 | **ROPES & GRAY LLP** |
| | By: */s/ Rocky C. Tsai* |
| | Rocky C. Tsai |
| | |
| | Rocky C. Tsai (State Bar No. 221452) |
| | Three Embarcadero Center, Suite 300 |
| | San Francisco, CA 94111 |
| | Tel: 415-315-6358 |
| | Fax: 415-315-6350 |
| | Email: rocky.tsai@ropesgray.com |
| | |
| | *Attorney for Defendant* |

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: April 8, 2024                                             By:  */s/ Sarah N. Westcot*
                                                                              Sarah N. Westcot

STIPULATION AND [PROPOSED] ORDER REQUESTING A REMOTE HEARING FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
CASE NO. 3:22-CV-07011-TLT

2

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation Requesting a Remote Hearing for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and good cause appearing therefore, hereby orders as follows:

1. The hearing for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement shall be re-set for April 30, 2024, at 2:00 p.m. via Videoconference Only.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____               _____
                                       HON. TRINA L THOMPSON
                                       UNITED STATES DISTRICT JUDGE